AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:26-mj-240-BNW |
| | ) | |
| FHENNIXX GARCIA | ) | Charging District:   Southern District of Florida |
| *Defendant* | ) | Charging District's Case No.   26-6172-mj - Strauss |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:   Florida Southern District Court<br>United States Courthouse<br>299 E. Broward Blvd., Room 108<br>Fort Lauderdale, FL 33301 | Courtroom No.:  TBD |
| | Date and Time:  May 7, 2026 at 11:00am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   April 3, 2026



_____
*Judge's signature*

BRENDA WEKSLER, United States Magistrate Judge
*Printed name and title*

```
┌─FILED        ┌─RECEIVED
└─ENTERED      └─SERVED ON
     COUNSEL/PARTIES OF RECORD
   ┌─────────────────────────┐
   │                         │
   │   APR 0 3 2026          │
   │                         │
   └─────────────────────────┘
     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____
                      DEPUTY
```